**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>Hugo Ibarra-Alatorre,<br><br>      Defendant. | CASE NO. 08CR4490-W<br><br><br>**JUDGMENT OF DISMISSAL** |

FILED
JUN - 4 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense of: 8 USC 1326(a) and (b).

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 6/4/09

                    Thomas J. Whelan
                    UNITED STATES DISTRICT JUDGE